# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3854

_____

Hector A. Romero; Sandra M. Romero,   *
                                  *

          Petitioners,            *   Petition for Review of an
                                  *   Order of the Immigration
   v.                         *   and Naturalization Service.
                                  *

John Ashcroft, Attorney General of the   *     **[UNPUBLISHED]**
United States,                      *
                                  *

          Respondent.          *

_____

Submitted: September 6, 2002
Filed: September 11, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Hector and Sandra Romero, Guatemalan citizens, petition for review of a final order of the Board of Immigration Appeals (BIA) dismissing their appeal of an Immigration Judge's decision finding them ineligible for asylum. The Romeros argue that the BIA erred in dismissing their appeal, and that the BIA had a duty to ensure that the Immigration Judge safeguarded against an unknowing waiver of voluntary departure. Upon careful review, we deny the petition.

We agree with the BIA that the Romeros did not show past persecution or a well-founded fear of future persecution.  See Feleke v. INS, 118 F.3d 594, 598 (8th Cir. 1997).  Further, we cannot consider the Romeros' second argument because they did not present it to the BIA.  See Valadez-Salas v. INS, 721 F.2d 251, 252 (8th Cir. 1983) (per curiam).

Accordingly, we deny the petition.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.